IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

SCOTT R. HAGEN,

    Petitioner,

v.

RANDALL HEPP, Warden,
Jackson Correctional Institution,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 12-cv-311-wmc

---

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that the petition of Scott R. Hagen for a writ of habeas corpus under 28 U.S.C. § 2254 is dismissed as moot.

_____       _____
Peter Oppeneer, Clerk of Court               Date

                                                   10/23/10