IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

SCOTT R. HAGEN,

    Petitioner,                                JUDGMENT IN A CIVIL CASE

v.                                             Case No. 12-cv-311-wmc

RANDALL HEPP, Warden,
Jackson Correctional Institution,

    Respondent.

---

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that the petition of Scott R. Hagen for a writ of habeas corpus under 28 U.S.C. § 2254 is dismissed as moot.

 

_____            _____10/23/10_____
    Peter Oppeneer, Clerk of Court                                    Date